IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

WILLIAM I. FARRELL  Case No.: 1:08-MC-041
Ohio Atty. Reg. No. 0043635  Chief Judge Susan J. Dlott
RESPONDENT

## O R D E R

It appearing to the Court that on October 7, 2011, an Order was entered in this proceeding permanently disbarring Respondent from the practice of law in this Court, and directing him to surrender his certificate of admission and file an affidavit showing compliance, and a Response having been filed with the Clerk of this Court;

**IT IS ORDERED** that Respondent is found in compliance and this matter is **CLOSED**.

**IT IS SO ORDERED.**

_____
Susan J. Dlott, Chief Judge
United States District Court
Southern District of Ohio